UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>JANARDHAN NELLORE, et al.,<br><br>Defendants. | Case No. 19-CV-08207-BLF   (LHK)<br><br>**RELATED CASE ORDER** |

On December 20, 2019, United States District Judge Beth L. Freeman referred the above-captioned case to the undersigned to determine whether it is related to Case No. 5:19-CR-00463-LHK, *United States v. Nellore et al*. ECF No. 10. The undersigned finds that the two cases are related. The Clerk shall reassign Case No. 5:19-CV-08207-BLF, *Securities and Exchange Commission v. Nellore et al*, to the undersigned. Counsel are instructed that all future filings are to bear the initials LHK immediately after the case number.

**IT IS SO ORDERED.**

Dated: December 30, 2019

_____
LUCY H. KOH
United States District Judge

1

Case No. 19-CV-08207-BLF   (LHK)
RELATED CASE ORDER