UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| SECURITIES AND EXCHANGE COMMISSION, | Case No. 19-CV-08207-LHK |
|---|---|
| Plaintiff, | **ORDER PROPOSING CASE SCHEDULE** |
| v. | |
| JANARDHAN NELLORE, et al., | |
| Defendants. | |

    This civil case is related to a criminal case pending in the Northern District of California. *See United States v. Nellore*, No. 19-CR-00463-LHK (N.D. Cal.). Thus, Plaintiff asks that a schedule for final dispositive motions and trial be scheduled after the conclusion of the trial in the related criminal case.

    The Court therefore proposes the following pre-trial case schedule. The parties shall file any objections by Monday, June 22, 2020 at 10:00 a.m. If there are no objections, the Court shall adopt the following case schedule and continue the June 24, 2020 case management conference to October 7, 2020 at 2:00 p.m.

| Scheduled Event | Date |
|---|---|
| Last Day to Amend the Pleadings/Add Parties | August 31, 2020 |
| Further Case Management Conference | October 7, 2020 at 2:00 p.m. |
| Opening Expert Reports | February 19, 2021 |

1

Case No. 19-CV-08207-LHK
ORDER PROPOSING CASE SCHEDULE

| Rebuttal Expert Reports | March 12, 2021 |
| --- | --- |
| Close of Fact Discovery | July 16, 2021 |
| Close of Expert Discovery | July 23, 2021 |

**IT IS SO ORDERED.**

Dated: June 19, 2020

_Lucy H. Koh_
LUCY H. KOH
United States District Judge