United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| SECURITIES AND EXCHANGE COMMISSION,<br><br>        Plaintiff,<br><br>   v.<br><br>JANARDHAN NELLORE, et al.,<br><br>        Defendants. | Case No. 19-CV-08207-LHK<br><br>**CASE MANAGEMENT ORDER** |
|---|---|

This civil case is related to a criminal case pending in the Northern District of California. *See United States v. Nellore*, No. 19-CR-00463-LHK (N.D. Cal.). Thus, Plaintiff asked that a schedule for final dispositive motions and trial be scheduled after the conclusion of the trial in the related criminal case.

On June 19, 2020, the Court proposed the following pre-trial case schedule and gave the parties until June 22, 2020 at 10:00 a.m. to file any objections. No objections were filed by that deadline. Accordingly, the Court ADOPTS the following case schedule and CONTINUES the June 24, 2020 case management conference to October 7, 2020 at 2:00 p.m. The parties shall file a joint case management statement by September 30, 2020.

| Scheduled Event | Date |
|---|---|
| Last Day to Amend the Pleadings/Add Parties | August 31, 2020 |
| Further Case Management Conference | October 7, 2020 at 2:00 p.m. |
| Opening Expert Reports | February 19, 2021 |

1

Case No. 19-CV-08207-LHK
CASE MANAGEMENT ORDER

| Rebuttal Expert Reports | March 12, 2021 |
| Close of Fact Discovery | July 16, 2021 |
| Close of Expert Discovery | July 23, 2021 |

**IT IS SO ORDERED.**

Dated: June 22, 2020

_Lucy H. Koh_
LUCY H. KOH
United States District Judge