UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>JANARDHAN NELLORE,<br>SIVANNARAYANA BARAMA,<br>GANAPATHI KUNADHARAJU,<br>SABER HUSSAIN, and<br>PRASAD MALEMPATI,<br><br>Defendants. | Case No. 5:19-CV-08207 LHK<br><br>STIPULATION AND [PROPOSED] ORDER RE: DISCOVERY |

STIPULATION

The Plaintiff Securities and Exchange Commission ("SEC") and the Defendants Janardhan Nellore, Sivannarayana Barama, Ganapathi Kunadharaju, Saber Hussain, and Prasad Malempati (together, "the Parties") hereby Stipulate and agree as follows:

WHEREAS, a related criminal case, *United States v. Nellore and Barama*, No. 5:19-CR-00463-LHK, is currently pending before this Court;

WHEREAS, in the Case Management Order the Court adopted the schedule set forth in the Joint Case Management Statement (after providing opportunity for objections), which includes the Discovery Cut-off dates of July 16, 2021 and July 23, 2021 for fact and expert discovery, respectively.  ECF No. 29.  The Court also set the next Case Management Conference for October 7, 2020.  The schedule reserves setting the trial date until after the conclusion of trial in the criminal case;

WHEREAS, on July 24, 2020, Defendant Barama, who is representing himself in the SEC civil enforcement case, filed a motion to stay civil proceedings in this case.  ECF No. 30.  Defendant Barama's motion is scheduled to be heard by the Court on November 19, 2020.  (Any responses to Defendant's motion are due to be filed with the Court on or before August 7, 2020.);

WHEREAS, Defendant Barama seeks by his motion a complete stay of this action, to which the SEC objects as unnecessary to address Barama's stated goals and prejudicial to the SEC and potentially other persons, as counsel for the SEC has informed defendant (through conversations with his court-appointed attorney in the criminal action);

WHEREAS, the SEC has been informed by counsel for Defendant Barama in the related criminal action, and by the Assistant United States Attorneys representing the Government in the related criminal action, that each believes that a stay of civil discovery in this action under the following terms would be beneficial to the parties in the criminal action: civil discovery to be stayed for a period of 6 months (through Jan. 31, 2021), with the potential to be increased an additional 6 months at the request of any party to this case, but expiring in any event at the conclusion of the criminal trial;

WHEREAS, the SEC and Defendants Nellore, Kunadharaju, Hussain, and Malempati, will not oppose the more limited stay of only civil discovery in this action;

NOW, THEREFORE, the Parties stipulate to, and respectfully request that the Court enter, the attached Proposed Order, staying civil discovery in this case for a period of 6 months (through Jan. 31, 2021), with the potential to be increased an additional 6 months at the request of any party to this case, but expiring in any event at the conclusion of trial in the related criminal case. At the conclusion of the stay, the Court will re-evaluate the need for civil discovery and the appropriate Discovery Cut-offs.

STIPULATED AND AGREED TO BY:

DATED: August 6, 2020

/s/ *Susan F. LaMarca*
Susan F. LaMarca
Attorney for Plaintiff
SECURITIES AND EXCHANGE COMMISSION

/s/ *Sivannarayana Barama*
Sivannarayana Barama

/s/ *Robert J. Beles*
Robert J. Beles, Esq.
BELES & BELES
Attorney for Ganapathi Kunadharaju

/s/ *Saber Hussain*
Saber Hussain

/s/ *Marc Greenberg*
Marc Greenberg, Esq.
TUCKER ELLIS
Attorney for Prasad Malempati

/s/ *Janardhan Nellore*
Janardhan Nellore

## [~~PROPOSED~~] ORDER

Based on the forgoing stipulation, and good cause appearing therefrom,

IT IS HEREBY ORDERED that civil discovery in this case is stayed for a period of 6 months (through Jan. 31, 2021), with the potential to be increased an additional 6 months at the request of any party to this case, but expiring in any event at the conclusion of the trial in the related criminal case. At the conclusion of the stay, the Court will re-evaluate the need for civil discovery and the appropriate Discovery Cut-offs.

IT IS FURTHER ORDERED that the parties will continue to report for Case Management Conferences and conduct other appropriate business before the Court in accordance with the schedules set by the Court.

IT IS SO ORDERED.

DATED: August 13, 2020

*Lucy H. Koh*
Lucy H. Koh
UNITED STATES DISTRICT JUDGE