United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>JANARDHAN NELLORE, et al.,<br><br>Defendants. | Case No. 19-CV-08207-LHK<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE AND EXTENDING STAY** |

On July 21, 2021, the parties filed a joint case management statement. ECF No. 47. The Court continues the July 28, 2021 case management conference to October 27, 2021 at 2:00 p.m. The parties shall file a joint case management statement by October 20, 2021.

On August 13, 2020, the Court stayed civil discovery in the instant case until January 31, 2021 because a related criminal case, *United States v. Nellore and Barama*, 19-CR-00463-LHK, is pending before the Court. ECF No. 33. On January 20, 2021, the Court extended the stay until July 31, 2021. ECF No. 38. The related criminal case remains ongoing and is set for trial on December 3, 2021. Accordingly, the Court extends the stay until December 31, 2021.

**IT IS SO ORDERED.**

Dated: July 22, 2021

_____
LUCY H. KOH
United States District Judge

2
Case No. 19-CV-08207-LHK
ORDER CONTINUING CASE MANAGEMENT CONFERENCE AND EXTENDING STAY