1

2

3

4

5

6

7

8

9

10

11

12

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

13  SECURITIES AND EXCHANGE COMMISSION,   |   Case No. 3:19-cv-08207-RS

14            Plaintiff,

15       v.                                                              **FINAL JUDGMENT AS TO**
                                                                          **DEFENDANT JANARDHAN NELLORE**
16  JANARDHAN NELLORE, et al.,

17            Defendants.

18

19

20       The Securities and Exchange Commission having filed a Complaint and Defendant

21  Janardhan Nellore having entered a general appearance; consented to the Court's jurisdiction over

22  Defendant and the subject matter of this action; consented to entry of this Final Judgment; waived

23  findings of fact and conclusions of law; and waived any right to appeal from this Final Judgment:

24                                                          **I.**

25       IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Defendant is permanently

26  restrained and enjoined from violating, directly or indirectly, Section 10(b) of the Securities

27  Exchange Act of 1934 (the "Exchange Act") [15 U.S.C. § 78j(b)] and Rule 10b-5 promulgated

28  thereunder [17 C.F.R. § 240.10b-5], by using any means or instrumentality of interstate commerce,

1 or of the mails, or of any facility of any national securities exchange, in connection with the

2 purchase or sale of any security:

    (a)    to employ any device, scheme, or artifice to defraud;

    (b)    to make any untrue statement of a material fact or to omit to state a material fact necessary in order to make the statements made, in the light of the circumstances under which they were made, not misleading; or

    (c)    to engage in any act, practice, or course of business which operates or would operate as a fraud or deceit upon any person.

9 IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that, as provided in Federal

10 Rule of Civil Procedure 65(d)(2), the foregoing paragraph also binds the following who receive

11 actual notice of this Final Judgment by personal service or otherwise:  (a) Defendant's officers,

12 agents, servants, employees, and attorneys; and (b) other persons in active concert or participation

13 with Defendant or with anyone described in (a).

## II.

15 IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Defendant is liable for

16 disgorgement of $14,643, representing profits gained as a result of the conduct alleged in the

17 Complaint, together with prejudgment interest thereon in the amount of $1,971, for a total of $16,614.

18 Defendant's obligation to pay $16,614 to the Securities and Exchange Commission, however, is

19 deemed satisfied by the order of forfeiture against Defendant in *United States v. Janardhan Nellore*,

20 Crim. No. 3:19-cr-00463-RS, (N.D. Cal.), where Defendant pleaded guilty to criminal conduct

21 relating to certain matters alleged in the complaint in this action.

## III.

23 IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Consent is

24 incorporated herein with the same force and effect as if fully set forth herein, and that Defendant

25 shall comply with all of the undertakings and agreements set forth therein.

## IV.

27 IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that, for purposes of

28 exceptions to discharge set forth in Section 523 of the Bankruptcy Code, 11 U.S.C. § 523, the

1 | allegations in the complaint are true and admitted by Defendant, and further, any debt for

2 | disgorgement, prejudgment interest, civil penalty or other amounts due by Defendant under this

3 | Final Judgment or any other judgment, order, consent order, decree or settlement agreement entered

4 | in connection with this proceeding, is a debt for the violation by Defendant of the federal securities

5 | laws or any regulation or order issued under such laws, as set forth in Section 523(a)(19) of the

6 | Bankruptcy Code, 11 U.S.C. § 523(a)(19).

**V.**

8 |       IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that this Court shall retain

9 | jurisdiction of this matter for the purposes of enforcing the terms of this Final Judgment.

**VI.**

11 |       There being no just reason for delay, pursuant to Rule 54(b) of the Federal Rules of Civil

12 | Procedure, the Clerk is ordered to enter this Final Judgment forthwith and without further notice.

       IT IS SO ORDERED.

Dated: 8/1/2023

Richard Seeborg
UNITED STATES DISTRICT JUDGE