MONIQUE C. WINKLER (Cal. Bar No. 213031)
  winklerm@sec.gov
SUSAN F. LaMARCA (Cal. Bar No. 215231)
  lamarcas@sec.gov
JOHN P. MOGG (Cal. Bar No. 219875)
  moggj@sec.gov
CHRISTINA N. FILIPP (Cal. Bar No. 287919)
  filippc@sec.gov

Attorneys for Plaintiff
SECURITIES AND EXCHANGE COMMISSION
44 Montgomery Street, Suite 2800
San Francisco, California 94104
Telephone:  (415) 705-2500
Facsimile:  (415) 705-2501

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>SIVANNARAYANA BARAMA,<br><br>Defendant. | Case No. 19-CV-08207-RS<br><br>JOINT SUPPLEMENTAL CASE MANAGEMENT STATEMENT<br><br>Case Management Conf: March 28, 2024<br>Time:  10:00 a.m.<br>Place:  450 Golden Gate Ave., San Francisco<br>Courtroom 3, 17th Floor (by Videoconference)<br><br>Hon. Richard Seeborg, Chief Judge |

1   The Plaintiff Securities and Exchange Commission ("SEC") and Sivannarayana Barama
2   (together, "the Parties") hereby submit this Joint Supplemental Case Management Statement in
3   advance of the Case Management Conference scheduled for Thursday, March 28, 2024 (by
4   videoconference). The Parties here summarize briefly for the Court events since the prior Case
5   Management Conference, held on January 26, 2023, and conclude with their respective positions as
6   to the next steps in this case:
7   This case has been stayed since August 2020, after Defendant Barama filed a motion to stay
8   before trial in the related criminal action, *United States v. Janardhan Nellore and Sivannarayana*
9   *Barama*, No. 19-CR-00463-RS (N.D. Cal.), and the parties ultimately entered a stipulation. *See* ECF
10  30 (motion); 33 (order entering stipulation). The term of the stay has been extended by the Court as
11  court dates were rescheduled in the related criminal action. This Court entered a Final Judgment as to
12  Defendant Janardhan Nellore on August 1, 2023, *see* ECF 71, and Defendant Barama is the last
13  remaining defendant.
14  Defendant Barama's trial in the related criminal case concluded with a guilty verdict in
15  December 2022. On August 22, 2023, Defendant Barama was sentenced in the related criminal case
16  for securities fraud in violation of 18 U.S.C. § 1348. Defendant Barama is scheduled to surrender to
17  serve his sentence of 18 months of imprisonment on March 29, 2024, pending a decision by the Court
18  in the related criminal case on his motion for bond pending appeal.
19  On October 31, 2023, the Court vacated the November 2, 2023 Case Management Conference
20  and ordered Defendant Barama to either secure counsel or file a document in ECF stating that he
21  plans on appearing *pro se* by December 30, 2023, which date was later extended until February 29,
22  2024. On February 28, 2024, the SEC filed a Notice to inform the Court that Defendant Barama
23  informed counsel for the SEC and the Courtroom Deputy that he is appearing in this case *pro se*.
24  It is the SEC's position that this case should be returned to an active status. The SEC is
25  prepared to move for summary judgment based upon the collateral effect of the criminal judgment.
26  Defendant has not yet answered the SEC's complaint but should do so to avoid default, as well.
27
28

On March 21, 2024, Defendant Barama filed a Motion to Extend Stay of Proceedings to further stay this case pending Defendant Barama's appeal in the related criminal matter. The SEC plans to oppose this motion.

Respectfully submitted,

DATED: March 21, 2024

/s/ *Susan F. LaMarca*
Susan F. LaMarca
Attorney for Plaintiff
SECURITIES AND EXCHANGE COMMISSION


/s/ *Sivannarayana Barama*
Sivannarayana Barama