UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>             Plaintiff,<br><br>      v.<br><br>SIVANNARAYANA BARAMA, et al.,<br><br>             Defendants. | Case No.  19-cv-08207-RS<br><br>**ORDER DENYING REQUEST FOR STAY** |

As stated on the record at the Case Management Conference of this date, the request of defendant Sivannarayana Barama that this matter be stayed pending resolution of the appeal in his criminal case is denied.

**IT IS SO ORDERED**.

Dated: March 28, 2024

_____
RICHARD SEEBORG
Chief United States District Judge