SIVANNARAYANA BARAMA
43507 Ellsworth Street, #D
Fremont, CA 94539
(510) 456-5635
sivabarama@gmail.com

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMISSION,<br><br>Plaintiff,<br><br>v.<br><br>SIVANNARAYANA BARAMA,<br><br>Defendant. | Case No. 5:19-cv-08207-LHK<br><br>**ANSWER OF SIVANNARAYANA BARAMA** |

Defendant Sivannarayana Barama answers and responds to the Complaint of plaintiff Securities and Exchange Commission (the "Commission") and alleges for its affirmative defenses the following. To the extent not explicitly admitted, all allegations of the Complaint are denied at this time.

Barama has also been charged in criminal case no. 19-cr-00463-LHK-2 and has entered a plea of not guilty. Barama does not waive his Fifth Amendment privilege by filing this Answer.

## SUMMARY

1. Answering Paragraph 1, Sivannarayana Barama denies he participated in a ring of traders in a years-long scheme (or at all) to illegally trade the securities of Palo Alto Networks, Inc. ("PANW" or "the Company"), denies he repeatedly traded on the basis of confidential information defendant Janardhan Nellore ("Nellore") obtained about upcoming PANW earnings results (or at all) in order to profit when the Company publicly announced its financial results. Sivannarayana Barama is without knowledge or information. sufficient to form a belief as to the truth of the remaining allegations,

characterizations and legal conclusions contained in Paragraph 1, and on that basis denies them on that basis.

2. Answering Paragraph 2, Sivannarayana Barama denies that he traded PANW securities on the basis of material nonpublic inside information. Sivannarayana Barama is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations, characterizations and legal conclusions contained in Paragraph 2, and on that basis denies them.

3. Answering Paragraph 3, Sivannarayana Barama denies he was a participant in any scheme, and denies that he traded on the basis of Nellore's inside information. Sivannarayana Barama is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations, characterizations and legal conclusions contained in Paragraph 3, and on that basis denies them.

4. Answering Paragraph 4, Sivannarayana Barama denies that he was a participant in any "ring" and denies that he coordinated his trading with the other defendants.  Sivannarayana Barama is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations, characterizations and legal conclusions contained in Paragraph 4, and on that basis denies them.

5. Answering Paragraph 5, Sivannarayana Barama denies he was a participant in any scheme, and denies that he kicked back trading profits to Nellore by cash payment or otherwise.  Sivannarayana Barama is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations, characterizations and legal conclusions contained in Paragraph 5, and on that basis denies them.

**JURISDICTION AND VENUE**

6. Answering Paragraph 6, Sivannarayana Barama is without knowledge or information sufficient to form a belief as to the truth of the allegations, characterizations and legal conclusions contained in it, and on that basis denies them.

7. Answering Paragraph 7, Sivannarayana Barama is without knowledge or information sufficient to form a belief as to the truth of the allegations, characterizations and legal conclusions contained in it, and on that basis denies them..

8. Answering Paragraph 8, Sivannarayana Barama denies the allegations as they specifically relate to him, and is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations, characterizations and legal conclusions as related to others contained in this paragraph, and on that basis denies them.

9. Answering Paragraph 9, Sivannarayana Barama is without knowledge or information sufficient to form a belief as to the truth of the allegations, characterizations and legal conclusions contained in it, and on that basis denies them.

## INTRADISTRICT ASSIGNMENT

10. Answering Paragraph 10, Sivannarayana Barama is without knowledge or information sufficient to form a belief as to the truth of the allegations, characterizations and legal conclusions contained in it, and on that basis denies them.

## DEFENDANTS

11. Answering Paragraph 11, Sivannarayana Barama is without knowledge or information sufficient to form a belief as to the truth of the allegations, characterizations and legal conclusions contained in it, and on that basis denies them.

12. Sivannarayana Barama admits that 'Sivannarayana Barama is 45 years old and resides in Fremont, California.  Barama worked as a software engineer in Santa Clara, California.  In 2015 and 2016, Barama worked as a contractor for PANW', and is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations, characterizations and legal conclusions contained in this paragraph, and on that basis denies them.

13. Answering Paragraph 13, Sivannarayana Barama is without knowledge or information sufficient to form a belief as to the truth of the allegations, characterizations and legal conclusions contained in it, and on that basis denies them.

14. Answering Paragraph 14, Sivannarayana Barama is without knowledge or information sufficient to form a belief as to the truth of the allegations, characterizations and legal conclusions contained in it, and on that basis denies them.

15. Answering Paragraph 15, Sivannarayana Barama is without knowledge or information sufficient to form a belief as to the truth of the allegations, characterizations and legal conclusions contained in it, and on that basis denies them.

**RELEVANT ENTITY**

16. Answering Paragraph 16, Sivannarayana Barama is without knowledge or information sufficient to form a belief as to the truth of the allegations, characterizations and legal conclusions contained in it, and on that basis denies them.

**FACTUAL ALLEGATIONS**

17. Answering Paragraph 17, Sivannarayana Barama is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations, characterizations and legal conclusions contained in it, and on that basis denies them.

18. Answering Paragraph 18, Sivannarayana Barama is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations, characterizations and legal conclusions contained in it, and on that basis denies them.

19. Answering Paragraph 19, Sivannarayana Barama is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations, characterizations and legal conclusions contained in it, and on that basis denies them.

20. Answering Paragraph 20, Sivannarayana Barama is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations, characterizations and legal conclusions contained in it, and on that basis denies them.

21. Answering Paragraph 21, Sivannarayana Barama is without knowledge or information sufficient to form a belief as to the truth of the allegations, characterizations and legal conclusions contained in it, and on that basis denies them.

22. Answering Paragraph 22, Sivannarayana Barama is without knowledge or information sufficient to form a belief as to the truth of the allegations, characterizations and legal conclusions contained in it, and on that basis denies them.

**Defendants' Scheme to Trade PANW on Inside Information**

23. Answering Paragraph 23, Sivannarayana Barama is without knowledge or information sufficient to form a belief as to the truth of the allegations, characterizations and legal conclusions contained in it, and on that basis denies them.

**Nellore's Tipping Arrangements with Each of the Tippees**

24. Answering Paragraph 24, Sivannarayana Barama is without knowledge or information sufficient to form a belief as to the truth of the allegations, characterizations and legal conclusions contained in it, and on that basis denies them.

25. Answering Paragraph 25, Sivannarayana Barama is without knowledge or information sufficient to form a belief as to the truth of the allegations, characterizations and legal conclusions contained in it, and on that basis denies them.

26. Answering Paragraph 26, Sivannarayana Barama is without knowledge or information sufficient to form a belief as to the truth of the allegations, characterizations and legal conclusions contained in it, and on that basis denies them.

27. Answering Paragraph 27, Sivannarayana Barama is without knowledge or information sufficient to form a belief as to the truth of the allegations, characterizations and legal conclusions contained in it, and on that basis denies them.

28. Answering Paragraph 28, Sivannarayana Barama denies Nellore tipped him to trade PANW securities on the basis of inside-information. Sivannarayana Barama denies that he provided any loan to Nellore. Except as explicitly admitted, Sivannarayana Barama denies the allegations in Paragraph 28.

29. Answering Paragraph 29, Sivannarayana Barama is without knowledge or information sufficient to form a belief as to the truth of the allegations, characterizations and legal conclusions contained in it, and on that basis denies them.

### Nellore's Tips of Inside Information

30. Answering Paragraph 30, Sivannarayana Barama is without knowledge or information sufficient to form a belief as to the truth of the allegations, characterizations and legal conclusions contained in it, and on that basis denies them.

31. Answering Paragraph 31, Sivannarayana Barama denies the allegations as they specifically relate to him, and is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations, characterizations and legal conclusions as related to others contained in this paragraph, and on that basis denies them.

32. Answering Paragraph 32, Sivannarayana Barama denies the allegations as they specifically relate to him, and is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations, characterizations and legal conclusions as related to others contained in this paragraph, and on that basis denies them.

33. Answering Paragraph 33, Sivannarayana Barama denies the remaining allegations as they specifically relate to him, and is without knowledge or information sufficient to form a belief as to the

truth of the allegations, characterizations and legal conclusions as related to others contained in this paragraph, and on that basis denies them.

34. Answering Paragraph 34, Sivannarayana Barama denies that he traded on insider information, and is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations, characterizations and legal conclusions as related to others contained in this paragraph, and on that basis denies them.

### Defendants Trade Based on Inside Information from Nellore

35. Answering Paragraph 35, Sivannarayana Barama denies the allegations as they specifically relate to him, and is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations, characterizations and legal conclusions as related to others contained in this paragraph, and on that basis denies them.

36. Answering Paragraph 36, Sivannarayana Barama denies the allegations as they specifically relate to him, and is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations, characterizations and legal conclusions as related to others contained in this paragraph, and on that basis denies them.

37. Answering Paragraph 37, Sivannarayana Barama denies the allegations as they specifically relate to him, and is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations, characterizations and legal conclusions as related to others contained in this paragraph, and on that basis denies them.

### Defendants' Insider Trading in Advance of PANW's November 21, 2016 Announcement

38. Answering Paragraph 38, Sivannarayana Barama is without knowledge or information sufficient to form a belief as to the truth of the allegations, characterizations and legal conclusions contained in it, and on that basis denies them.

39. Answering Paragraph 39, Sivannarayana Barama is without knowledge or information sufficient to form a belief as to the truth of the allegations, characterizations and legal conclusions contained in it, and on that basis denies them.

40. Answering Paragraph 40, Sivannarayana Barama denies that he traded based on non-public information, and is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations, characterizations and legal conclusions as related to others contained in this paragraph, and on that basis denies them.

41. Answering Paragraph 41, Sivannarayana Barama is without knowledge or information sufficient to form a belief as to the truth of the allegations, characterizations and legal conclusions as related to others contained in this paragraph, and on that basis denies them.

42. Answering Paragraph 42, Sivannarayana Barama is without knowledge or information sufficient to form a belief as to the truth of the allegations, characterizations and legal conclusions contained in it, and on that basis denies them.

43. Answering Paragraph 43, Sivannarayana Barama is without knowledge or information sufficient to form a belief as to the truth of the allegations, characterizations and legal conclusions as related to others contained in this paragraph, and on that basis denies them.

**Defendants' Insider Trading in Advance of PANW's February 28, 2017 Announcement**

44. Answering Paragraph 44, Sivannarayana Barama is without knowledge or information sufficient to form a belief as to the truth of the allegations, characterizations and legal conclusions contained in it, and on that basis denies them.

45. Answering Paragraph 45, Sivannarayana Barama is without knowledge or information sufficient to form a belief as to the truth of the allegations, characterizations and legal conclusions as related to others contained in this paragraph, and on that basis denies them.

46. Answering Paragraph 46, Sivannarayana Barama is without knowledge or information sufficient to form a belief as to the truth of the allegations, characterizations and legal conclusions contained in it, and on that basis denies them.

47. Answering Paragraph 47, Sivannarayana Barama is without knowledge or information sufficient to form a belief as to the truth of the allegations, characterizations and legal conclusions contained in it, and on that basis denies them.

48. Answering Paragraph 48, Sivannarayana Barama is without knowledge or information sufficient to form a belief as to the truth of the allegations, characterizations and legal conclusions as related to others contained in this paragraph, and on that basis denies them.

49. Answering Paragraph 49, Sivannarayana Barama is without knowledge or information sufficient to form a belief as to the truth of the allegations, characterizations and legal conclusions contained in it, and on that basis denies them.

50. Answering Paragraph 50, Sivannarayana Barama is without knowledge or information sufficient to form a belief as to the truth of the allegations, characterizations and legal conclusions contained in it, and on that basis denies them.

51. Answering Paragraph 51, Sivannarayana Barama is without knowledge or information sufficient to form a belief as to the truth of the allegations, characterizations and legal conclusions contained in it, and on that basis denies them.

52. Answering Paragraph 52, Sivannarayana Barama is without knowledge or information sufficient to form a belief as to the truth of the allegations, characterizations and legal conclusions as related to others contained in this paragraph, and on that basis denies them

53. Answering Paragraph 53, Sivannarayana Barama denies the allegations as they specifically relate to him, and is without knowledge or information sufficient to form a belief as to the truth of the

allegations, characterizations and legal conclusions as related to others contained in this paragraph, and on that basis denies them.

54. Answering Paragraph 54, Sivannarayana Barama is without knowledge or information sufficient to form a belief as to the truth of the allegations, characterizations and legal conclusions contained in it, and on that basis denies them.

**Defendants' Insider Trading in Advance of PANW's May 31, 2017 Announcement**

55. Answering Paragraph 55, Sivannarayana Barama is without knowledge or information sufficient to form a belief as to the truth of the allegations, characterizations and legal conclusions contained in it, and on that basis denies them.

56. Answering Paragraph 56, Sivannarayana Barama denies the allegations as they specifically relate to him, and is without knowledge or information sufficient to form a belief as to the truth of the allegations, characterizations and legal conclusions as related to others contained in this paragraph, and on that basis denies them.

57. Answering Paragraph 57, Sivannarayana Barama denies the allegations as they specifically relate to him, and is without knowledge or information sufficient to form a belief as to the truth of the allegations, characterizations and legal conclusions as related to others contained in this paragraph, and on that basis denies them.

58. Answering Paragraph 58, Sivannarayana Barama denies the allegations as they specifically relate to him, and is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations, characterizations and legal conclusions as related to others contained in this paragraph, and on that basis denies them.

59. Answering Paragraph 59, Sivannarayana Barama is without knowledge or information sufficient to form a belief as to the truth of the allegations, characterizations and legal conclusions contained in it, and on that basis denies them.

60. Answering Paragraph 60, Sivannarayana Barama is without knowledge or information sufficient to form a belief as to the truth of the allegations, characterizations and legal conclusions as related to others contained in this paragraph, and on that basis denies them.

61. Answering Paragraph 61, Sivannarayana Barama denies the allegations as they specifically relate to him, and is without knowledge or information sufficient to form a belief as to the truth of the allegations, characterizations and legal conclusions as related to others contained in this paragraph, and on that basis denies them.

62. Answering Paragraph 62, Sivannarayana Barama is without knowledge or information sufficient to form a belief as to the truth of the allegations, characterizations and legal conclusions as related to others contained in this paragraph, and on that basis denies them.

63. Answering Paragraph 63, Sivannarayana Barama is without knowledge or information sufficient to form a belief as to the truth of the allegations, characterizations and legal conclusions contained in it, and on that basis denies them.

64. Answering Paragraph 64, Sivannarayana Barama is without knowledge or information sufficient to form a belief as to the truth of the allegations, characterizations and legal conclusions contained in it, and on that basis denies them.

### Defendants Acted Intentionally

65. Answering Paragraph 65, Sivannarayana Barama denies that he was tipped to trade, and is without knowledge or information sufficient to form a belief as to the truth of the allegations, characterizations and legal conclusions contained in it, and on that basis denies them.

66. Answering Paragraph 66, Sivannarayana Barama is without knowledge or information sufficient to form a belief as to the truth of the allegations, characterizations and legal conclusions contained in it, and on that basis denies them.

67. Answering Paragraph 67, Sivannarayana Barama is without knowledge or information sufficient to form a belief as to the truth of the allegations, characterizations and legal conclusions contained in it, and on that basis denies them.

68. Answering Paragraph 68, Sivannarayana Barama denies the allegations as they specifically relate to him, and is without knowledge or information sufficient to form a belief as to the truth of the allegations, characterizations and legal conclusions as related to others contained in this paragraph, and on that basis denies them.

69. Answering Paragraph 69, Sivannarayana Barama denies the allegations as they specifically relate to him, and is without knowledge or information sufficient to form a belief as to the truth of the allegations, characterizations and legal conclusions as related to others contained in this paragraph, and on that basis denies them.

70. Answering Paragraph 70, Sivannarayana Barama denies the allegations as they specifically relate to him, and is without knowledge or information sufficient to form a belief as to the truth of the allegations, characterizations and legal conclusions as related to others contained in this paragraph, and on that basis denies them.

71. Answering Paragraph 71, Sivannarayana Barama denies the remaining allegations as they specifically relate to him, and is without knowledge or information sufficient to form a belief as to the truth of the allegations, characterizations and legal conclusions as related to others contained in this paragraph, and on that basis denies them.

72. Answering Paragraph 72, Sivannarayana Barama denies the allegations as they specifically relate to him, and is without knowledge or information sufficient to form a belief as to the truth of the allegations, characterizations and legal conclusions as related to others contained in this paragraph, and on that basis denies them.

73. Answering Paragraph 73, Sivannarayana Barama is without knowledge or information sufficient to form a belief as to the truth of the allegations, characterizations and legal conclusions contained in it, and on that basis denies them.

74. Answering Paragraph 74, Sivannarayana Barama is without knowledge or information sufficient to form a belief as to the truth of the allegations, characterizations and legal conclusions contained in it, and on that basis denies them.

## FIRST CLAIM FOR RELIEF

Violations of Section 10(b) of the Exchange Act and Rule 10b-5 Thereunder
(Against All Defendants)

75. Answering Paragraph 75, Sivannarayana Barama incorporates by reference and repleads all of the admissions, denials, and allegations contained in the paragraphs above.

76. Answering Paragraph 76, Sivannarayana Barama denies the allegations as they specifically relate to him, and is without knowledge or information sufficient to form a belief as to the truth of the allegations, characterizations and legal conclusions as related to others contained in this paragraph, and on that basis denies them.

77. Answering Paragraph 77, Sivannarayana Barama denies trading on the basis of material nonpublic information, and denies the remaining allegations as they specifically relate to him, and is without knowledge or information sufficient to form a belief as to the truth of the allegations, characterizations and legal conclusions as related to others contained in this paragraph, and on that basis denies them.

78. Answering Paragraph 78, Sivannarayana Barama denies the allegations as they specifically relate to him, and is without knowledge or information sufficient to form a belief as to the truth of the allegations, characterizations and legal conclusions as related to others contained in this paragraph, and on that basis denies them.

79. Answering Paragraph 79, Sivannarayana Barama denies the allegations as they specifically relate to him, and is without knowledge or information sufficient to form a belief as to the truth of the allegations, characterizations and legal conclusions as related to others contained in this paragraph, and on that basis denies them.

## SECOND CLAIM FOR RELIEF

Violations of Section 10(b) of the Exchange Act and Rule 10b-5 Thereunder
(Against Defendants Barama, Kunadharaju, Hussain, and Malempati)

80. Answering Paragraph 80, Sivannarayana Barama incorporates by reference and repleads all of the admissions, denials, and allegations contained in Paragraphs 1 through 74, above.

81. Answering Paragraph 81, Sivannarayana Barama denies the allegations as they specifically relate to him, and is without knowledge or information sufficient to form a belief as to the truth of the allegations, characterizations and legal conclusions as related to others contained in this paragraph, and on that basis denies them.

82. Answering Paragraph 82, Sivannarayana Barama denies the allegations as they specifically relate to him, and is without knowledge or information sufficient to form a belief as to the truth of the allegations, characterizations and legal conclusions as related to others contained in this paragraph, and on that basis denies them.

## AFFIRMATIVE DEFENSES

Without assuming the burden of proof for such defenses that he would not otherwise have, Sivannarayana Barama asserts the following affirmative and other defenses, and reserves the right to amend its answer as additional information becomes available and additional defenses become apparent.

### First Affirmative Defense

1. The Commission's Complaint, and each claim alleged therein, fails to state a claim upon which relief can be granted.

### Second Affirmative Defense

2. The Commission's claims are barred because the Complaint was filed after the deadline for filing an action under 15 U.S.C. § 78d-5 and the Commission's investigation was not sufficiently complex such that a determination regarding the filing of an action against a person could not be completed within the deadline specified in paragraph (1) of 15 U.S.C. § 78d-5.

### Third Affirmative Defense

3. The Commission's claims are barred, in whole or in part, because Sivannarayana Barama acted in good faith at all material times and in conformity with all applicable federal statutes, including the Securities Act and Exchange Act, and all applicable rules and regulations promulgated thereunder.

### Fourth Affirmative Defense

4. The Commission's claim for injunctive relief is barred because, inter alia, there has been no violation of the Securities Act or the Exchange Act, and because there is no reasonable likelihood that any violation will be repeated. The Commission's injunctive relief claim is further barred because the adverse effects of an injunction far outweigh any benefit from an injunction.

### Fifth Affirmative Defense

5. The Commission's claim for damages is barred because, inter alia, any alleged violation was isolated and/or unintentional.

### Sixth Affirmative Defense

6. The Commission's claim for disgorgement is barred because, inter alia, Sivannarayana Barama never received any ill-gotten profits or direct economic gains as a result of any of the actions alleged in the Complaint.

### **PRAYER FOR RELIEF**

WHEREFORE, Sivannarayana Barama respectfully requests that the Court enter a judgment in his favor as follows:

1. Dismissing the Complaint with prejudice;

2. Entering judgment in favor of Mr. Sivannarayana Barama and against the Commission on all alleged claims for relief; and

3. Granting such other and further relief as the Court deems just and proper.

**PRAYER FOR RELIEF**

Wherefore, Sivannarayana Barama denies the Commission is entitled to having judgment entered in its favor against him, and denies that the Commission is entitled to any of the relief requested from him.

DATED:  May 1, 2024                                        Respectfully submitted,

                                                           _____
                                                           SIVANNARAYANA BARAMA
                                                           Defendant